Ralph W. Robinson (State Bar No. 51436)
Christine Starkie (State Bar No. 226354)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
COVENANT TRANSPORT, INC.
and MITCHELL KEVIN LA FLEUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ARPAIA, MYONG HUI ARPAIA, GEOFFREY S. NICOLLE, and JULIE DAHL-NICOLLE,<br><br>           Plaintiffs,<br><br>    v.<br><br>COVENANT TRANSPORTATION, INC., MITCHELL KEVIN LA FLEUR and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: CIV. F-04-5939 REC LJO<br><br>**STIPULATION EXTENDING CASE SCHEDULE DEADLINES SET FORTH IN SCHEDULING CONFERNCE ORDER  (L.Rs. 83-143, 6-144); [PROPOSED] ORDER** |

On or about May 20, 2004, Plaintiffs initiated this Litigation by filing a complaint for motor vehicle and loss of consortium causes of action in the Superior Court of California, County of Merced.  On or about July 6, 2004 the case was removed to the United States District Court, Eastern District of California.  On October 12, 2004 this Court issued a scheduling conference order, as outlined below.

Expert disclosure is currently due July 1, 2005.  The parties have been conducting

discovery, which is still ongoing.  An inspection of the evidence collected by the CHP and MAIT is being conducted on June 29, 2005.  This is only two days before expert disclosure is due, and this inspection will likely be significant to the experts' opinions.  Furthermore, not all subpoenas have been responded to, and some have been responded to incompletely, which evidence will likely also be relied upon by experts.  Therefore, the parties stipulate to and respectfully request that the deadlines set in the scheduling conference order be extended to the dates outlined below.  There have been no prior periods of extension obtained by the parties as to the particular matters for which this extension is sought.  (L.R. 6-144)

Subject to the Court's approval, the parties stipulate to a 60-day extension for the expert discovery deadlines.  Therefore, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE AND AGREE AS FOLLOWS:

| Old Date | New Date | Event |
| --- | --- | --- |
| July 1, 2005 | September 1, 2005 | Expert Disclosure |
| July 8, 2005 | September 8, 2005 | Supplemental Expert Disclosure |
| July 15, 2005 | same | Non Expert Discovery Cutoff |
| August 16, 2005 | October 16, 2005 | Expert Discovery Cutoff |
| August 30, 2005 | same | Pretrial Motion Filing Deadline |
| September 30, 2005 | same | Pretrial Motion Hearing Deadline |
| At the parties request | same | Settlement Conference |
| November 2, 2005 | same | Pretrial Conference |
| December 6, 2005 | same | Jury Trial |

The parties respectfully request an order changing time, pursuant to the above schedule, of the case schedule set forth in the Scheduling Conference Order.

Dated: June 28, 2005

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: _____
                     Ralph W. Robinson

Christine Starkie
Attorneys for Defendants,
COVENANT TRANSPORT, INC.
and MITCHELL KEVIN LA FLEUR

JONES, CLIFFORD, JOHNSON & JOHNSON LLP


By: _____
     Steger Johnson
Attorney for Plaintiffs


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ARPAIA, MYONG HUI ARPAIA, GEOFFREY S. NICOLLE, and JULIE DAHL-NICOLLE,<br><br>        Plaintiffs,<br><br>v.<br><br>COVENANT TRANSPORTATION, INC., MITCHELL KEVIN LA FLEUR and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: CIV. F-04-5939 REC LJO<br><br>**ORDER EXTENDING CASE SCHEDULE DEADLINES SET FORTH IN SCHEDULING CONFERNCE ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the expert discovery deadlines are extended as follows:

| Old Date | New Date | Event |
|---|---|---|
| July 1, 2005 | September 1, 2005 | Expert Disclosure |
| July 8, 2005 | September 8, 2005 | Supplemental Expert |

| | | |
|---|---|---|
| Disclosure | | |
| July 15, 2005 | same | Non Expert Discovery Cutoff |
| August 16, 2005 | October 16, 2005 | Expert Discovery Cutoff |
| August 30, 2005 | same | Pretrial Motion Filing Deadline |
| September 30, 2005 | same | Pretrial Motion Hearing Deadline |
| At the parties request | same | Settlement Conference |
| November 2, 2005 | same | Pretrial Conference |
| December 6, 2005 | same | Jury Trial |

IT IS SO ORDERED.

**Dated:   July 1, 2005**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES MAGISTRATE JUDGE