Steger P. Johnson, Esq., SBN 83421
JONES, CLIFFORD, JOHNSON & JOHNSON LLP
100 Van Ness Avenue, 19th Floor
San Francisco, California 94102
Telephone:   415/431-5310
Facsimile:   415/431-2266

Attorney for Plaintiffs
MICHAEL J. ARPAIA, MYONG HUI ARPAIA,
GEOFFREY S. NICOLLE, JULIE DAHL-NICOLLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. ARPAIA, MYONG HUI ARPAIA, GEOFFREY S. NICOLLE, and JULIE DAHL-NICOLLE,

    Plaintiffs,

vs.

COVENANT TRANSPORTATION, INC., MITCHELL KEVIN LA FLEUR, and DOES 1 through 100,

    Defendants.

Case No. CIV F-04-5939 REC LJO

**ORDER EXTENDING CASE SCHEDULE DEADLINES SET FORTH IN SCHEDULING CONFERENCE ORDER (L.Rs. 83-143, 6-144);**

    IT IS HEREBY ORDERED that discovery deadlines are extended as follows:

| Old Date | New Date | Event |
| --- | --- | --- |
| September 1, 2005 | December 1, 2005 | Expert Disclosure |
| September 8, 2005 | December 8, 2005 | Supplemental Expert Disclosure |
| October 16, 2005 | January 9, 2006 | Expert Discovery Cutoff |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| August 30, 2005 | January 19, 2005 | Pretrial Motion Filing |
| September 30, 2005 | February 21, 2005 | Pretrial Motion Hearing Deadline |
| At the parties' request | same | Settlement Conference |
| November 2, 2005 | February 27, 2005 | Pretrial Conference |
| December 6, 2005 | March 7, 2006 | Jury Trial |

Date: __9/12/05_____     _____/s/ ROBERT E. COYLE____
                                                                  JUDGE OF THE DISTRICT COURT

2

PDF created with pdfFactory trial version www.pdffactory.com