FILED

2005 DEC 28 P 3: 54

CLRK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY____

1  Steger P. Johnson, Esq., SBN 83421
   JONES, CLIFFORD, JOHNSON & JOHNSON LLP
2  100 Van Ness Avenue, 19th Floor
   San Francisco, California 94102
3  Telephone:  415/431-5310
   Facsimile:  415/431-2266
4
   Attorney for Plaintiffs
5  MICHAEL J. ARPAIA, MYONG HUI ARPAIA,
   GEOFFREY S. NICOLLE, JULIE DAHL-NICOLLE
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL J. ARPAIA, MYONG HUI    ) Case No. CIV F-04-5939 REC LJO
   | ARPAIA, GEOFFREY S. NICOLLE, and)
12 | JULIE DAHL-NICOLLE,             ) **STIPULATION OF DISMISSAL**
                                     ) **[F.R.C.P. 41(a)(1)]**
13 |           Plaintiffs,           )
                                     )
14 |   vs.                           )
                                     )
15 | COVENANT TRANSPORTATION,        )
   | INC., MITCHELL KEVIN LA FLEUR,  )
16 | and DOES 1 through 100,         )
                                     )
17                                   )
   |           Defendants.           )
18 |_____)

19          WHEREAS, the parties to this action have agreed to a settlement of all claims;

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

                                          1

Stipulation of Dismissal

1  IT IS HEREBY STIPULATED by and between the parties through their respective
2  counsel of record that this action be dismissed *with prejudice* pursuant to F.R.C.P. 41(a)(1) and
3  that endorsement of this agreement may be by counterpart signatures.
4  IT IS SO STIPULATED:

JONES, CLIFFORD, JOHNSON & JOHNSON

DATED: 12/5/05

By: _____
Steger P. Johnson
Attorney for Plaintiffs
MICHAEL J. ARPAIA, MYONG HUI ARPAIA, GEOFFREY S. NICOLLE, JULIE DAHL-NICOLLE

DATED: 12/5/05

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: _____
Ralph W. Robinson
Attorney for Defendants
COVENANT TRANSPORTATION, INC., MITCHELL KEVIN LA FLEUR

It is so Ordered
Dated: Dec 28, 05

_____
United States District Judge

2

Stipulation of Dismissal